**NATIONAL ORGANIZATION FOR WOMEN, INC., et al.,**
Plaintiffs–Appellees,

v.

**Joseph M. SCHEIDLER, et al.,**
Defendants–Appellants.

**Nos. 99–3076, 99–3336, 99–3891, 99–3892, and 01–2050.**

United States Court of Appeals, Seventh Circuit.

Submitted April 21, 2006.

Decided April 26, 2006.

Lowell E. Sachnoff, Sachnoff & Weaver, Fay Clayton, Robinson, Curley & Clayton, Chicago, IL, Sara N. Love, Arlington, VA, for Plaintiffs–Appellees.

Thomas L. Brejcha, Jr., Chicago, IL, Walter M. Weber, American Center for Law and Justice, Washington, DC, for Defendants–Appellants.

Before Hon. ILANA DIAMOND ROVNER, Hon. DIANE P. WOOD, and Hon. TERENCE T. EVANS, Circuit Judges.

**ORDER**

Pursuant to the Supreme Court's opinion in *Scheidler et al. v. National Organization for Women, et al.,* —— U.S. ——, 126 S.Ct. 1264, 164 L.Ed.2d 10 (2006), with respect to Nos. 99–3076, 99–3336, 99–3891, and 99–3892, the judgment of the district court in this case is REVERSED, the injunction ordered by that court is VACATED, and the case is hereby REMANDED to the district court for entry of judgment in favor of the defendants-appellants. We DISMISS appeal No. 01–2050 as moot.